ANNA ROSEN and CHARLES ROSEN v. 2070 DAVIDSON AVENUE CORPORATION. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THOMAS F. DOHERTY v. JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

. ROBERT MASTRUZZI, an Infant, etc., and Others v. UNITED STATES CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN W. DALY v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

AGNES G. GRIFFIN, as Executrix, etc., of THOMAS GRIFFIN, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM P. ABEL and Others; C. MINER DODSON and Others v. CHARLES V. PATERNO and Others.— Motion for a reargument or to amend order of October 7, 1935, denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FLATIRON WINDOW CLEANING CO., INC., v. RUDOLPH PFANNKUCH and Another. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FRIEDA MASIN and CECILE BERNSTEIN v. GEORGE I. TREYZ and HERMAN TROOBOFF, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of JAMES F. EGAN, Public Administrator of New York County, as Administrator, etc., of VALENTINE ECKERT, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

KENNETH D. FISHER v. IRVING THROCKMORTON and Others. HERBERT E. TEDEN v. IRVING THROCKMORTON and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.